IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 08-00194-01-CR-W-NKL |
| ) | |
| BRANNON D. TAYLOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

On December 8, 2008, United States Magistrate Judge Sarah W. Hays issued a Report and Recommendation recommending that this Court enter an order finding the Defendant competent to stand trial [Doc. # 32].

Defendant Brannon Taylor was evaluated at the United States Medical Center for Federal Prisoners from October 1 to October 31, 2008. According to a Forensic Psychological Report ("Report") prepared by Dr. Richard Frederick, Ph.D. and Jon Mandracchia, M.A., Walker did not have a mental disease or defect that would prevent him from either understanding the proceedings against him or from working with his attorney. The Report states that Taylor "demonstrated a rational and factual understanding of the legal proceedings against him, and the capacity to confer with his legal counsel with a rational understanding." It concludes that Taylor is competent to proceed with trial, that he does not need psychological treatment or psychotropic medication in order to remain competent, and that his capacity is "unlikely to diminish in the foreseeable future." Neither the United States

nor Taylor presented any additional evidence at a hearing regarding Taylor's competence before the Magistrate on November 24, 2008.

Pursuant to the Report and Recommendation of United States Magistrate Judge Hays, to which there has been no timely objection, and after a *de novo* review of the record, the Court finds that Defendant Brannon Taylor is competent to understand the nature and consequence of the proceedings against him and to properly assist in his defense.

IT IS SO ORDERED.

**s/ NANETTE K. LAUGHREY**
NANETTE K. LAUGHREY
United States District Judge

Dated: **January 5, 2009**
Jefferson City, Missouri